

# NUMBER 13-25-00173-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CORNERSTONE REGIONAL
HOSPITAL, L.P.,                                                          Appellant,

v.

ANGELES ROBLEDO,                                                        Appellee.

## ON APPEAL FROM THE 464TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Silva, Peña, and West
### Memorandum Opinion by Justice Peña

This matter is before the Court on a joint motion to dismiss appeal. The parties have conferred and agreed to the motion requesting dismissal of this appeal without reference to the merits.

Upon review of the joint motion, the Court is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the joint motion is granted, and the appeal is hereby dismissed. In accordance with the unopposed motion, costs are taxed against the party incurring same. Having dismissed the appeal at the parties' request, no

motion for rehearing will be entertained. Furthermore, the parties request that the mandate issue immediately and that request is granted and the mandate shall issue instanter.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
11th day of December, 2025.